1  MARK J. BOURASSA, ESQ.
   Nevada Bar No. 7999
2  TRENT L. RICHARDS, ESQ.
   Nevada Bar No. 11448
3  **THE BOURASSA LAW GROUP**
4  2350 W. Charleston Blvd. #100
   Las Vegas, Nevada 89102
5  Tel: (702) 851-2180
   Fax: (702) 851-2189
6  Email: mbourassa@blgwins.com
7        trichards@blgwins.com
   *Attorneys for Plaintiff*

8

9                    **UNITED STATES DISTRICT COURT**

10                        **DISTRICT OF NEVADA**

11

12  **DAWN CAMPBELL**, an individual,        **Case No: 2:17-cv-00798-JCM-GWF**

13                                  Plaintiff,
    v.

14  **WALDEN ASSET MANAGEMENT, LLC,** an    **DEFAULT JUDGMENT**
15  unknown entity,

16                                  Defendant.

17

18      Plaintiff, DAWN CAMPBELL's Motion for Default Judgment against Defendant

19  WALDEN ASSET MANAGEMENT, LLC for its failure to answer or otherwise plead to

20  Plaintiff's complaint having come on for hearing before the Court; there being no opposition on

21  file; the Court having considered the papers and pleadings on file herein; hereby GRANTS

22  Plaintiff's Motion for Default Judgment.

23      IT IS HEREBY ORDERED, ADJUDGED AND DECREED that a Judgment shall be

24  entered against WALDEN ASSET MANAGEMENT, LLC, and that said Defendant do pay to the

25  Plaintiff the following amounts:

26      1.  The principal sum of One Thousand Dollars ($1,000.00) in statutory damages;

27      2.  Reasonable attorneys' fees in the amount of Two Thousand Five Hundred Fifty-Two

28          Dollars and Fifty Cents ($2,552.50).

                                      - 1 -

3. Costs of suit in the amount of Five Hundred Ten Dollars ($510.00), which were reasonable, necessary and actually incurred,

For a total Judgment in favor of Plaintiff, DAWN CAMPBELL, and against Defendant WALDEN ASSET MANAGEMENT, LLC in the amount of Four Thousand Sixty-Two Dollars and Fifty Cents ($4,062.50), all to bear interest at the statutory rate from date of entry until paid in full.

LET JUDGMENT ENTER IN FAVOR OF PLAINTIFF, ACCORDINGLY.

DATED May 25, 2018.

_____
U.S. DISTRICT COURT JUDGE

Submitted by:

**THE BOURASSA LAW GROUP**

*/s/ Mark J. Bourassa*
MARK A. BOURASSA, ESQ.
Nevada Bar No. 7999
TRENT L. RICHARDS, ESQ.
Nevada Bar No. 11448
2350 W. Charleston Blvd., #100
Las Vegas, Nevada 89102
Tel: (702) 851-2180
Fax: (702) 851-2189
*Attorneys for Plaintiff*

- 2 -